IN RE:

PAMELA JO TERRILL

    Debtor

FILED CASE NO. 08-50844

2010 OCT 12 PM 1:55 CHAPTER 7

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

REPORT OF UNCLAIMED DIVIDEND

    Harold A. Corzin, Trustee herein, reports that check #101 was issued on July 2, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #106 to the Clerk of Courts in the amount of $277.79 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                                          _____
                                                          HAROLD A. CORZIN, TRUSTEE
                                                          304 N. Cleveland-Massillon Road
                                                          Akron, Ohio 44333
                                                          (330) 670-0770
                                                          (330) 670-0297 Facsimile
                                                          Hcorzin@csu-law.com

October 6, 2010

cc: U. S. Trustee

Printed: 10/01/10 07:47 AM

# Stale Check Report

Page: 1

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 08-50844 - TERRILL, PAMELA JO

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-02162294-66 | 106 | 10/01/10 | U. S. BANKRUPTCY COURT | | | $277.79 |

| Cancelled Account No. | Cancelled Check No. | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02162294-66 1 | 101 | | 08/08/08 | 610 | AKRON GENERAL MEDICAL CENTER<br>ATTN: PFS<br>PO BOX 931729<br>CLEVELAND, OH 44196 | 1,247.80 | 1,247.80 | 277.79 | 277.79 |

*handwritten:* Ck # 106
receipt # 81837

(*) Denotes objection to Amount Filed  (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.